IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DANAHER CORPORATION & SUBSIDIARIES SAVINGS PLAN and FIDELITY MANAGEMENT TRUST COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. C05-3020-DEO |
| vs. | ) ) | |
| SCOTT HARRIMAN. | ) ) ) | DEFAULT ENTRY AND DEFAULT JUDGMENT |
| Defendant. | ) | |

On this 23rd day of June, 2006, it appearing from the record filed in said cause that the Defendant, SCOTT HARRIMAN, is in default,

IT IS ORDERED AND ADJUDGED that judgment is hereby entered for the Plaintiffs, Danaher Corporation & Subsidiaries Savings Plan and Fidelity Management Trust Company, against Defendant, Scott Harriman, in the amount of twenty-seven thousand, one hundred seventy-eight dollars, and ninety-one cents ($27,178.91) in damages, plus costs and interest.


PRIDGEN J. WATKINS
U. S. District Court
Northern District of Iowa

By: ___/s/ des_____
Deputy Clerk